# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Washington

<table>
<tr><td>CODY KLOEPPER,<br>*Plaintiff*<br><br>v.<br><br><br>JEFFERY UTTECHT,<br>*Defendant*</td><td>)<br>)<br>)<br>)<br>)</td><td>Civil Action No.   4:17-CV-5008-TOR</td></tr>
</table>

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   Petitioner Cody Kloepper's Petition for Writ of Habeas Corpus (ECF Nos. 1; 5) is DENIED.
Judgment is entered for Respondent.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge _____ THOMAS O. RICE _____ .

Date:   __December 14, 2017__

CLERK OF COURT

SEAN F. McAVOY
_____

s/ Linda L. Hansen
_____
*(By) Deputy Clerk*

Linda L. Hansen
_____